**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01458-BNB

GARY DeWILLIAMS,

    Plaintiff,

v.

JOHN F. WALSH, United States Attorney, District of Colorado,
    and His Predecessor(s),

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Clarify and Amend Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915," (Doc. No. 11) filed on July 14, 2011. The Motion is DENIED. The June 15 Order Granting Motion to Leave to Proceed in Forma Pauperis (Doc. No. 5) and the July 11 Minute Order (Doc. No. 10) speak for themselves. Failure to comply with the orders within the time allowed will result in the dismissal of the instant action. The Court notes that on July 21, 2011, the Court received Plaintiff's initial partial filing fee in the amount of $42.00.

Dated: July 22, 2011