**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01458-LTB

GARY DEWILLIAMS,

    Plaintiff,

v.

JOHN F. WALSH, United States Attorney, District of Colorado, and
HIS PREDECESSORS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Plaintiff's "Motion for Copy of Court Transcripts and List of Court Records Used by Court" (Doc. No. 16), filed on August 4, 2011. The Motion is DENIED. The documents that Plaintiff requests are public record, and Plaintiff may obtain copies of the documents filed in this action at a cost of fifty cents per page, to be paid in advance.

Dated:  August 5, 2011