**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01458-LTB

GARY DEWILLIAMS,

    Plaintiff,

v.

JOHN F. WALSH, United States Attorney, District of Colorado, and
HIS PREDECESSORS,

    Defendants.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Plaintiff's "Request for Order Showing Filing Fee Paid in Full Per Order 2011" (ECF No. 27), filed on December 13, 2011. The request is GRANTED. The Financial Division of the Clerk's Office is directed to mail to Plaintiff, under separate cover, a copy of his payment history in the instant action showing that he has paid the $350.00 filing fee in full.

Dated:  December 14, 2011